## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| **BROADCAST MUSIC, INC.; WARDEN MUSIC COMPANY, INC.; SCREEN GEMS-EMI MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; RIO BRAVO MUSIC, INC.; BOCEPHUS MUSIC, INC.; SONGS OF UNIVERSAL, INC.; ESCATAWPA SONGS; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG MUSIC; TOKECO TUNES,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.**   3:16-cv-0996 |
| *Plaintiffs,* ) ) | |
| **v.** ) ) | |
| **BRETZ ENTERTAINMENT, LLC d/b/a BRETZ WILDLIFE LODGE & WINERY; and SANDRA BRETZ, individually,** ) ) ) ) | |
| *Defendants.* ) ) | |

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

### JURISDICTION AND VENUE

1.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

## THE PARTIES

3.     Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.     The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Rules 17(a) and 19(a) of the Federal Rules of Civil Procedure.

5.     Plaintiff Warden Music Company, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

6.     Plaintiff Screen Gems-EMI Music, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

7.     Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Acuff Rose Music.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

8.     Plaintiff Rio Bravo Music, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

9.     Plaintiff Bocephus Music, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

10.     Plaintiff Songs of Universal, Inc. is a corporation.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

11.     Plaintiff Escatawpa Songs is a partnership owned by Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts, and Christopher Lee Henderson.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

12.     Plaintiff Zombies Ate My Publishing is a partnership owned by Amy Lee and Ben Moody.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

13.     Plaintiff Forthefallen Publishing is a sole proprietorship owned by David Hodges. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14.     Plaintiff Reservoir Media Management Inc. is a corporation doing business as Reservoir 416 also known as Reservoir One America.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

15.     Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

16.     Plaintiff Big Yellow Dog, LLC is a limited liability company doing business as Big Yellow Dog Music.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

17.     Plaintiff Tokeco Tunes is a sole proprietorship owned by Toby Keith Covel.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

18.     Defendant Bretz Entertainment, LLC is a limited liability company organized and existing under the laws of the State of Illinois.

19.     Defendant Bretz Entertainment, LLC operates, maintains, and controls an establishment known as Bretz Wildlife Lodge & Winery, located at 15469 State Route 127, Carlyle, IL 62231, (the "Establishment") in this district.

20.     In connection with the operation of the Establishment, Defendant Bretz Entertainment, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

21.     Defendant Bretz Entertainment, LLC has a direct financial interest in the Establishment.

22.     Defendant Sandra Bretz is a member of Defendant Bretz Entertainment, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

23.     Defendant Sandra Bretz has the right and ability to supervise the activities of Defendant Bretz Entertainment, LLC and a direct financial interest in that limited liability company and the Establishment.

24.     Upon information and belief, Defendant Sandra Bretz resides in this district at 18850 Oak, Carlyle, IL 62231.

## CLAIMS OF COPYRIGHT INFRINGEMENT

25.     Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 24.

26.     Since March 2015, BMI has reached out to Defendants and their representatives over 70 times by phone, in person, mail, and email, to inform Defendants of their obligations under the Copyright Act to obtain a license for the public performance of musical compositions in the BMI repertoire.  The letters included Cease and Desist Notices informing Defendants that they must immediately cease all use of musical compositions from the BMI Repertoire at the Establishment.

27.     Plaintiffs allege nine claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire.

All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

28.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants.  The Schedule contains information on the nine claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule):  Line 1 provides the claim number; Line 2 lists the title of the musical composition related to that claim; Line 3 identifies the writer(s) of the musical composition; Line 4 identifies the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 provides the date on which the copyright registration was issued for the musical composition; Line 6 indicates the copyright registration number(s) for the musical composition; Line 7 shows the date(s) of infringement; and Line 8 identifies the Establishment where the infringement occurred.

29.     For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

30.     For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

31.     For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition

identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

32.     For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

33.     The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)     Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II)     Defendants be ordered to pay actual or statutory damages, pursuant to 17 U.S.C. § 504(a)–(c);

(III)     Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(IV)     Plaintiffs have such other and further relief as is just and equitable.

Dated:  August 31, 2016                    Respectfully submitted,


                                           /s/  Charles A. Laff
                                           _____
                                           Charles A. Laff (1558153)
                                           Gilberto E. Espinoza (6277437)
                                           Zachary J. Watters (6310675)
                                           MICHAEL BEST & FRIEDRICH LLP
                                           Two Prudential Plaza
                                           180 N. Stetson Avenue, Suite 2000
                                           Chicago, Illinois  60601-6710
                                           T: 312.222.0800; F: 312.222.0818
                                           calaff@michaelbest.com
                                           geespinoza@michaelbest.com
                                           zjwatters@michaelbest.com

                                           *Attorneys for Plaintiffs*

# *Schedule*

| Line 1 | Claim No. | 1 |
|--------|-----------|---|
| Line 2 | Musical Composition | Battle Of New Orleans a/k/a The Battle Of New Orleans |
| Line 3 | Writer(s) | Jimmy Driftwood |
| Line 4 | Publisher Plaintiff(s) | Warden Music Company, Inc. |
| Line 5 | Date(s) of Registration | 7/22/85          10/31/57 |
| Line 6 | Registration No(s). | RE 254-678      Ep 11336 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

---

| Line 1 | Claim No. | 2 |
|--------|-----------|---|
| Line 2 | Musical Composition | Different Drum |
| Line 3 | Writer(s) | Michael Nesmith |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 1/19/67      1/2/68          7/10/78 |
| Line 6 | Registration No(s). | Eu 978965    Ep 240406    PA 9-887 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

---

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Goodbye Time |
| Line 3 | Writer(s) | Roger Murrah; James Dean Hicks |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 10/1/87 |
| Line 6 | Registration No(s). | PA 343-738 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Miss Rodeo a/k/a Rodeo |
| Line 3 | Writer(s) | Larry Bastian |
| Line 4 | Publisher Plaintiff(s) | Rio Bravo Music, Inc. |
| Line 5 | Date(s) of Registration | 8/5/91 |
| Line 6 | Registration No(s). | PA 538-349 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Whiskey Bent And Hell Bound |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 9/6/79 |
| Line 6 | Registration No(s). | PA 43-935 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

| Line 1 | Claim No. | 6 |
|--------|-----------|---|
| Line 2 | Musical Composition | Kryptonite |
| Line 3 | Writer(s) | Bradley Kirk Arnold; Robert Todd Harrell; Matthew Darrick Roberts |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.;  Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts and Christopher Lee Henderson, a partnership d/b/a Escatawpa Songs |
| Line 5 | Date(s) of Registration | 2/28/00 |
| Line 6 | Registration No(s). | PAu 2-480-972 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

| Line 1 | Claim No. | 7 |
|--------|-----------|---|
| Line 2 | Musical Composition | Bring Me To Life |
| Line 3 | Writer(s) | Amy Lee; Ben Moody; David Hodges |
| Line 4 | Publisher Plaintiff(s) | Amy Lee and Ben Moody, a partnership d/b/a Zombies Ate My Publishing; David Hodges, an individual d/b/a Forthefallen Publishing; Reservoir Media Management Inc. d/b/a Reservoir 416 a/k/a Reservoir One America |
| Line 5 | Date(s) of Registration | 5/7/03 |
| Line 6 | Registration No(s). | PA 1-152-549 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

| Line 1 | Claim No. | 8 |
|--------|-----------|---|
| Line 2 | Musical Composition | I Love This Bar |
| Line 3 | Writer(s) | Scott Emerick, Toby Keith |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Big Yellow Dog, LLC d/b/a Big Yellow Dog Music; Toby Keith Covel, an individual d/b/a Tokeco Tunes |
| Line 5 | Date(s) of Registration | 11/21/03 |
| Line 6 | Registration No(s). | PA 1-203-072 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |

| Line 1 | Claim No. | 9 |
|--------|-----------|---|
| Line 2 | Musical Composition | Whiskey Girl |
| Line 3 | Writer(s) | Scott Emerick, Toby Keith |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Big Yellow Dog, LLC d/b/a Big Yellow Dog Music; Toby Keith Covel, an individual d/b/a Tokeco Tunes |
| Line 5 | Date(s) of Registration | 11/21/03 |
| Line 6 | Registration No(s). | PA 1-203-072 |
| Line 7 | Date(s) of Infringement | 4/7/2016 |
| Line 8 | Place of Infringement | Bretz Wildlife Lodge & Winery |