AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| BROADCAST MUSIC, INC.; et al., <br><br> *Plaintiff(s)* <br> v. <br><br> BRETZ ENTERTAINMENT, LLC d/b/a BRETZ WILDLIFE LODGE & WINERY; and SANDRA BRETZ, each individually <br> *Defendant(s)* | Civil Action No. 3:16-cv-0996 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bretz Entertainment, LLC d/b/a Bretz Wildlife Lodge & Winery
c/o Gary S. Malawy, Registered Agent
181 E. St. Louis Street
Nashville, IL 62263

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles A. Laff, Gilberto E. Espinoza, and Zachary J. Watters
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 2000
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| BROADCAST MUSIC, INC.; et al., <br><br> *Plaintiff(s)* <br> v. <br><br> BRETZ ENTERTAINMENT, LLC d/b/a BRETZ WILDLIFE LODGE & WINERY; and SANDRA BRETZ, each individually <br> *Defendant(s)* | Civil Action No. 3:16-cv-0996 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sandra Bretz
18850 Oak
Carlyle, IL 62231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles A. Laff, Gilberto E. Espinoza, and Zachary J. Watters
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 2000
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/16

*Signature of Clerk or Deputy Clerk*