IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BROADCAST MUSIC, INC., *et al.*,

Plaintiffs,

v.

SANDRA BRETZ, *et al.*,

Defendants.

Case No. 16-cv-996 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 12, 2018**        JUSTINE FLANAGAN, Acting Clerk of Court

               **s/ Tina Gray**
                  **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**